JUDGE JOHNSTON
MAGISTRATE JUDGE JENSEN

21CV50145

FILED
4/5/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Prisoner Civil Cover Sheet

**Plaintiff(s):** United States of America

**Defendant(s):** Derrick T. Neville, Jr.

**County of Residence:** Winnebago

**County of Residence:** Outside of IL

**Plaintiff's Address:**
Talia M. Bucci
U.S. Attorney's Office
Northern District of Illinois
327 South Church Street
Suite 3300
Rockford, IL 61101

**Defendant's Attorney:**
Derrick T. Neville, Jr.
52024-424
FCI Oxford
P.O. Box 1000
Oxford, WI 53952

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[ ] 3. Federal Question (U.S. gov't. not a party)
[✓] 2. U.S. Government Defendant
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
[✓] 1. Original Proceeding
[ ] 5. Transferred From Other District
[ ] 2. Removed From State Court
[ ] 6. MultiDistrict Litigation
[ ] 3. Remanded From Appellate Court
[ ] 7. Appeal to District Judge from Magistrate Judgment
[ ] 4. Reinstated or Reopened

**Nature of Suit:** 510 Vacate Sentence

**Cause of Action:** 28:2255 Remedies motion attacking sentence

**Jury Demand:** [ ] Yes [✓] No

**Signature:** /s/ Jaclyn Pieczkiewicz

**Date:** 4/5/2021